**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| SMOLA, RAYMOND C | ) | |
| | ) | CASE NO. 06-13961 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:   U.S. BANKRUPTCY COURT
>        Kane County Courthouse
>        100 S. 3rd Street, Room 140
>        Geneva, IL  60134
>
> on:   **March 6, 2008**
> at:   **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $_____10,042.02 |
| b. Disbursements | $_____0.00 |
| c. Net Cash Available for Distribution | $_____10,042.02 |

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses |
|---|---|---|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | | $ | 1,754.20 | $ | |
| JOSEPH R. VOILAND Trustee | $ | | $ | | $ | 328.45 |

| | | | | | |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND<br>Trustee's Firm Legal | $ | | $ | 1,339.50 | $ |
| JOSEPH R. VOILAND<br>Trustee's Firm Legal | $ | | $ | | $    4.64 |

5.    In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim<br>Number | Claimant | Allowed<br>Amount of Claim | Proposed<br>Payment |
|---|---|---|---|
| | | | |

6.    Claims of general unsecured creditors totaling $21,476.89, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend for timely filed claims is anticipated to be 100.00%.  The general unsecured dividend for late filed claims is anticipated to be 29.10%

Allowed general unsecured claims are as follows:

| Claim<br>Number | Claimant | Allowed<br>Amount of Claim | | Proposed<br>Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA,N.A. (timely filed) | $ | 163.85 | $    163.85 |
| 2 | FIA Card Services, NA (late filed) | $ | 13,086.81 | $    3,807.82 |
| 3 | FIA Card Services, NA  (late filed) | $ | 8,226.23 | $    2,393.56 |

7.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.    Debtor has been discharged.

10.    The Trustee proposed to abandon the following property at the hearing:

Cash - $50.00; Checking Account (Harris Bank) - $400.00; Household Goods – $2,000.00; Books and Pictures - $300.00; Wearing Apparel $500.00; 2002 Dodge Stratus - $8,000.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:    **February 7, 2008**                    For the Court,


By:    **KENNETH S. GARDNER**
        Kenneth S. Gardner
        Clerk of the United States Bankruptcy Court
        219 S. Dearborn Street, 7th Floor
        Chicago, IL  60604

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Feb 07, 2008
Case: 06-13961               Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Feb 09, 2008.
db          +Raymond C Smola,   3S286 Hickory Lane,   Batavia, IL 60510-9429
aty         +Joseph R Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
aty         +Richard S Bass,   Law Office of Richard S Bass,   2021 Midwest Road,   Oak Brook, IL 60523-1342
tr          +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
10985854    +AT&T Universal Card,   PO Box 44167,   Jacksonville, FL 32231-4167
10985855     Bank of America Card,   Attn Bankruptcy Dept,   PO Box 5270,   Carol Stream , IL  60197-5270
10985856     Car Max Auto Finance,   Attn Bankruptcy Dept,   PO Box 3174,   Milwaukee, WI  53201-3174
11591544    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
             Dallas, Tx 75374-0933
10985857     Chase Card,   Attn Bankruptcy Dept,   PO Box 100045,   Kennesaw, GA  30156-9245
10985858    +Citi Platinum Select,   Attn Bankruptcy Dept,   PO Box 6000,   The Lakes, NV 89163-0001
11806912     FIA Card Services, NA successor to,   Bank of America,NA & MBNA America Bank,   Attn Mr Bk,
             1000 Samoset Dr,   Newark, DE 19713
10985859    ++GUARANTY BANK,   ATTENTION MALISA GENNRICH,   4000 W BROWN DEER ROAD,   BROWN DEER WI 53209-1221
             (address filed with court:  Guaranty Bank,   Attn: Bankruptcy Dept,   PO Box 245014,
             Milwaukee, WI  53224-9514)
10985860     Kohls,   PO Box 2983,   Milwaukee, WI  53201-2983
10985861     MBNA America,   PO Box 15026,   Wilmington, DE  19850-5026
10985862    +Ramona Smola,   3946 Island Circle,   Hanover Park, IL 60133-6111
10985863     Sears,   Attn: Bankruptcy Dept,   PO Box 6924,   The Lakes, NV  88901-6924

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2008**                    **Signature:** *Joseph Speetjens*