# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-13961 RG  
**Case Name:** SMOLA, RAYMOND C  

**Taxpayer ID #:** 13-7565264  
**Period Ending:** 05/17/08  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/07 | {1} | West Suburban Bank | proceeds from purchase of estate's interest in real estate | 1110-000 | 10,000.00 | | 10,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.45 | | 10,004.45 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.16 | | 10,009.61 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.70 | | 10,015.31 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.52 | | 10,020.83 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.99 | | 10,025.82 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.88 | | 10,031.70 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.21 | | 10,036.91 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.11 | | 10,042.02 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.59 | | 10,046.61 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.06 | | 10,048.67 |
| 03/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 0.61 | | 10,049.28 |
| 03/10/08 | | To Account #********2566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 10,049.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,049.28 | 10,049.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,049.28 | |
| | | | **Subtotal** | | 10,049.28 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,049.28** | **$0.00** | |

{} Asset reference(s)

Printed: 05/17/2008 10:35 AM V.9.55

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 06-13961 RG  
**Case Name:** SMOLA, RAYMOND C  

**Taxpayer ID #:** 13-7565264  
**Period Ending:** 05/17/08  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*25-66 - Checking Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/08 |  | From Account #\*\*\*\*\*\*\*\*2565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 10,049.28 |  | 10,049.28 |
| 03/20/08 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,339.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 1,339.50 | 8,709.78 |
| 03/20/08 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $4.64, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 |  | 4.64 | 8,705.14 |
| 03/20/08 | 103 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 |  | 250.00 | 8,455.14 |
| 03/20/08 | 104 | Chase Bank USA,N.A. | Dividend paid 100.00% on $163.85; Claim# 1; Filed: $163.85; Reference: | 7100-000 |  | 163.85 | 8,291.29 |
| 03/20/08 | 105 | FIA Card Services, NA successor to | Dividend paid  29.13% on $13,086.81; Claim# 2; Filed: $13,086.81; Reference: | 7200-000 |  | 3,812.28 | 4,479.01 |
| 03/20/08 | 106 | FIA Card Services, NA successor to | Dividend paid  29.13% on $8,226.23; Claim# 3; Filed: $8,226.23; Reference: | 7200-000 |  | 2,396.36 | 2,082.65 |
| 03/20/08 | 107 | JOSEPH R. VOILAND | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST |  |  | 2,082.65 | 0.00 |
|  |  |  | Dividend paid 100.00%         1,754.20<br>on $1,754.20;  Claim# ;<br>Filed: $1,754.20 | 2100-000 |  |  | 0.00 |
|  |  |  | Dividend paid 100.00%         328.45<br>on $328.45;  Claim# ;<br>Filed: $328.45 | 2200-000 |  |  | 0.00 |

**Subtotals :**    **$10,049.28**    **$10,049.28**

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-13961 RG
**Case Name:** SMOLA, RAYMOND C

**Taxpayer ID #:** 13-7565264
**Period Ending:** 05/17/08

**Trustee:** JOSEPH R. VOILAND (330380)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****25-66 - Checking Account
**Blanket Bond:** $50,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,049.28 | 10,049.28 | $0.00 |
| | | | Less: Bank Transfers | | 10,049.28 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,049.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,049.28** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****25-65** | 10,049.28 | 0.00 | 0.00 |
| **Checking # ***-*****25-66** | 0.00 | 10,049.28 | 0.00 |
| | $10,049.28 | $10,049.28 | $0.00 |

{} Asset reference(s)

Printed: 05/17/2008 10:35 AM   V.9.55